EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

TARALYNN M. OLAYVAR
Special Assistant U.S. Attorney
15 ABW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-8614
Email:  taralynn.olayvar@hickam.af.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>MONICA N. CARLISLE,  )<br>  )<br>          Defendant.  )<br>_____ ) | CR. NO.:  02-00319<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against MONICA N. CARLISLE, the defendant.

DATED: Honolulu, Hawaii, September 25, 2003.

_____
TARALYNN M. OLAYVAR
Special Assistant. U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

U.S. v. CARLISLE
CR. NO.: 02-00319
Order For Dismissal